OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

12/17/2014
GASTON, CLAY ANTHONY                    Tr. Ct. No. C-396-010316-1371698-A
                                                    WR-82,472-01

The Court has dismissed your application for writ of habeas corpus without written
order for non-compliance with Texas Rules of Appellate Procedure 73.1.
Specifically, applicant's supporting facts and/or grounds for relief are not on the
prescribed form. See Ex parte Blacklock, 191 S.W.3d 718 (Tex. Crim. App. 2006).

Abel Acosta, Clerk

RETURN TO SENDER
NOT IN TARRANT COUNTY JAIL

CLAY ANTHONY GASTON
TARRANT COUNTY JAIL
100 N. LAMAR
FORT WORTH, TX 76102